IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-03173-CMA-NYW

FRONT RANGE GASTROENTEROLOGY ASSOCIATES, P.C., a Colorado professional corporation, and
Colorado Endoscopy Centers, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to and in accordance the Stipulated Motion to Dismiss (Doc. #44), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

    DATED:  March 28, 2016

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge